**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ADRIAN ENRIQUEZ, JR. | No. C 15-0192 MEJ (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| S. POSSON, et al., | |
| Defendants. | |

On January 13, 2015, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 21, 2015, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action. More than twenty-eight days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: May 28, 2015

Maria-Elena James
United States Magistrate Judge