UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ADRIAN ENRIQUEZ, JR. | No. C 15-0192 MEJ (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| S. POSSON, et al., | |
| Defendants. | |

    As set forth in the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED AND ADJUDGED.

DATED: May 28, 2015

Maria-Elena James
United States Magistrate Judge