UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ADRIAN ENRIQUEZ, JR.<br><br>Plaintiff,<br><br>v.<br><br>S. POSSON, et al.,<br><br>Defendants. | No. C 15-0192 MEJ (PR)<br><br>**ORDER REOPENING ACTION** |

On January 13, 2015, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 21, 2015, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within twenty-eight days. The Court subsequently dismissed the action based on plaintiff's failure to file an amended complaint by the deadline. However, it now appears that plaintiff filed a timely amended complaint, although it was not entered into the Court's docket system until after the case had already been dismissed.

Consequently, the action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 13) and the order of dismissal (Docket No. 12) are VACATED. The Court will review the amended complaint in a separate order.

IT IS SO ORDERED.

DATED: May 28, 2015

Maria-Elena James
United States Magistrate Judge